**BRIAN K. BROOKEY, CA Bar No. 149522**
brian.brookey@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendant,
LIFETIME INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIM-LOK, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>LIFETIME INDUSTRIES, INC., a Minnesota corporation,<br><br>          Defendant. | Case No. SA CV 13-1141 JAK (JEMx)<br><br>**LIFETIME INDUSTRIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS OR TRANSFER**<br><br>DATE:   October 28, 2013<br>TIME:   8:30 a.m.<br>CTRM:   750<br><br>Hon. John A. Kronstadt<br>Judge Presiding |

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that on October 28, 2013 at 8:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 750 of the Roybal Federal Courthouse located at 255 E. Temple Street, Los Angeles, California, 90012, Defendant Lifetime Industries, Inc. ("LTI") will move the Court for an order dismissing the Plaintiff Trim-Lok, Inc.'s declaratory judgment suit or in the alternative for an order transferring the matter to the Northern District of Indiana.

Trim-Lok's declaratory judgment suit, by its counsel's own admission, is anticipatory of a patent infringement suit by LTI. Where a declaratory judgment

-1-

action is filed in anticipation of being sued elsewhere, the District Court should decline to exercise its discretionary jurisdiction under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201(a), and should dismiss the declaratory judgment action. *Xoxide, Inc. v. Ford Motor Co.*, 448 F. Supp. 2d 1188 (C.D. Cal. 2006). The case should therefore be dismissed under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

In the alternative, this anticipatory declaratory judgment action should be transferred under 28 U.S.C § 1404(a) to the Northern District of Indiana where LTI's infringement action against Trim-Lok is pending and where key third party witnesses, including the named inventors and patent prosecution attorneys, reside.

This motion is based on the Notice of Motion, the Memorandum of Points and Authorities in Support of LTI's Motion to Dismiss, the Declaration of Michael Marston in Support of LTI's Motion to Dismiss, the Declaration of Kurt Wetzel in Support of LTI's Motion to Dismiss, and the Declaration of G. Warren Bleeker in Support of LTI's Motion to Dismiss, filed concurrently with this Notice, LTI's Reply Brief and accompanying papers, the files and records of the case, and such other arguments as may be offered at the time of the motion.

Pursuant to Local Rule 7-3, this motion is made following a conference of counsel which took place on August 19, 2013[1].

DATED: August 21, 2013     Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By */s/ G. Warren Bleeker*
G. Warren Bleeker
Attorneys for Defendant
LIFETIME INDUSTRIES, INC.

SCL PAS1253403.1-*-08/21/13 6:05 PM

---

[1] The parties were unable to hold the conference prior to this date. Counsel for Trim-Lok, Inc. was unavailable the week of August 12 and the parties agreed to hold the conference on August 19 so as to not interfere with counsel for Trim-Lok's vacation.

-2-