UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIM-LOK, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIFETIME INDUSTRIES, INC., a Minnesota corporation,<br><br>Defendant. | Case No. SA CV 13-1141 JAK (JEMx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

## ORDER

The Court has reviewed and considered the papers and argument supporting and opposing the motion of Defendant Lifetime Industries, Inc. ("LTI") to dismiss Plaintiff Trim-Lok, Inc.'s ("Trim-Lok") declaratory judgment action.

Trim-Lok has admitted that it filed its declaratory judgment action in anticipation of an imminent threat of a patent infringement suit by LTI. Trim-Lok's declaratory judgment suit was therefore anticipatory. The Court, for good cause, declines to exercise its discretionary jurisdiction under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201(a), and dismisses the declaratory judgment action. *Xoxide, Inc. v. Ford Motor Co.*, 448 F. Supp. 2d 1188 (C.D. Cal. 2006).

**IT IS ORDERED** that LTI's motion to dismiss is granted, and that the Complaint in the matter is therefore dismissed.

DATED:  _____

John A. Kronstadt
United States District Judge

SCL PAS1251758.1-*-08/21/13 4:56 PM

CHRISTIE, PARKER & HALE, LLP