Daniel M. Cislo, Esq. No. 125,378
 *dan@cislo.com*
C. Wook Pak, Esq., No. 244,780
 *wpak@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone:  (310) 451-0647
Telefax:  (310) 394-4477

Attorneys for Plaintiff,
TRIM-LOK, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIM-LOK, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>LIFETIME INDUSTRIES, INC., a Minnesota corporation,<br><br>  Defendant. | CASE NO.  CV13-1141 JAK (JEMx)<br><br>[Judge:  John A. Kronstadt]<br><br>**DECLARATION OF DAN WHITENER IN SUPPORT OF TRIM-LOK'S OPPOSITION TO LIFETIME INDUSTRIES, INC.'S MOTION TO DISMISS OR TRANSFER**<br><br>DATE: October 28, 2013<br>TIME: 8:30 a.m.<br>PLACE: Courtroom 750-Roybal |

# DECLARATION OF DAN WHITENER

I, Dan Whitener, declare:

1. I am the Marketing Manager at Trim-Lok. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the truth of the matters asserted herein.
2. I reside in Huntington Beach, California.
3. I have been working at Trim-Lok for approximately 22 years.
4. As Marketing Manager, my duties include the sales and marketing of Trim-Lok's products and handling various aspects of new product development, including what I believe to be the accused product in this case.
5. Trim-Lok only has one facility, which is located in Buena Park, California. Therefore, all documents pertaining to Trim-Lok's business are stored at the Buena Park facility either on Trim-Lok's servers or in physical files.
6. On or about July 12, 2013 I received a letter from Botkin & Hall stating that Trim-Lok's sales of a seal was infringing U.S. Patent No. 6, 966,590 and that we needed to stop selling the seal. Attached as Exhibit A is a true and correct copy of the July 12, 2013 cease and desist letter.
7. Some of Trim-Lok's sales efforts were being stalled and one fell through and I believed it was because LTI may have been notifying my customers about the cease and desist letter.
8. Therefore, I believe all of the documents involved in the sales and marketing of what I believe to be the accused product is located in Buena Park, California, and I do not believe any of Trim-Lok's documents are stored anywhere else.
9. Mitch Aiello, CEO of Boyd, and I scheduled a meeting for the week of Setpember 16, 2013 to discuss the possibilities of settling this case.

2

in Southern California, I believed his cancellation was sincere and that settlement can be possible.

11. After a number of email exchanges, we agreed to meet at The Westin Los Angeles Airport on October 9, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2013 in Buena Park, California.

_____
Dan Whitener, Marketing Manager,
Trim-Lok, Inc.

TM13-2795M\Declaration of Dan Whitener in Support Opposition to Motion to Dismiss or Transfer.docx

3

# Exhibit A

**Botkin & Hall, LLP**
ATTORNEYS AT LAW
SUITE 400, JEFFERSON CENTRE
105 EAST JEFFERSON BOULEVARD
SOUTH BEND, INDIANA 46601-1913

TELEPHONE: (574) 234-3900
FACSIMILE: (574) 236-2839
www.botkinhall.com

**Michael D. Marston**
mmarston@bhlawyers.net

July 12, 2013

Trim-Lok                                          Certified Mail: 7012 2210 0000 8431 6823
Dan Whitener,
Marketing & Development Manager
6855 Hermosa Circle
Buena Park, CA 90622

    Re:    Infringement of 6,966,590 patent
           Our Reference: 697-021.001

Dear Mr. Whitener:

This firm represents Lifetime Industries, Inc. (LTI) in connection with its intellectual property matters. LTI owns a number of seal patents including U.S. Patent No. 6,966,590 ('590 patent), which is enclosed for your reference.

It has come to our client's attention that your company is selling a seal that is covered by the '590 patent. This letter serves as notice of the infringement and further sales of the seal will constitute willful infringement. Should distribution of your infringing product continue, my client will seek treble damages and attorneys' fees.

In order to mitigate further damages, the following actions are required:

1. Immediate discontinuance of all infringing product; and
2. An accounting of all sales made to date of products practicing the invention which is the subject of the '590 patent

Unless we hear from you by August 1, 2013, LTI will file suit in federal district court.

Sincerely,
BOTKIN & HALL, LLP

*[signature]*

Michael D. Marston

    cc:    Zahra Rasoulian
           Hugh T. Verano, Registered Agent

## PROOF OF SERVICE

I hereby certify that on October 10, 2013, I caused to be electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

Brian K. Brookey, Esq.
G. Warren Bleeker, Esq.
Christie, Parker & Hale, LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Fax: (626) 577-8800
brian.brookey@cph.com
warren.bleeker@cph.com

☒ **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 10, 2013, at Santa Monica, California.

/s/Stephanie Diaz-Sandoval
Stephanie Diaz-Sandoval

5